CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
MATHEW W. PILE (WSBA 32245)
Executive Counsel for Program Litigation 1
ERIN HIGHLAND (GA 153550)
Special Assistant United States Attorney
Program Litigation 1
Law and Policy
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
(206) 615-2495
erin.highland@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CORY LEE KNICKERBOCKER,<br>Plaintiff,<br>vs.<br>COMMISSIONER OF SOCIAL SECURITY,<br>Defendant. | CIVIL NO. 5:26-cv-04414-SVK<br><br>STIPULATION TO VOLUNTARY REMAND PURSUANT TO 42 U.S.C. SECTION 405(g) SENTENCE FOUR; ~~[PROPOSED]~~ ORDER |

IT IS HEREBY STIPULATED by and between the parties, through their undersigned attorneys, and with the approval of the Court, that the Commissioner of Social Security has agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g).

Upon receipt of the court order, the Appeals Council will again direct the Administrative Law Judge to:

- Further evaluate whether medical improvement has occurred. In so doing, compare the signs, symptoms, and laboratory findings present at the time of the 2017 comparison point decision

with those present on the cessation date to document the change (improvement) in the claimant's impairments. 20 CFR 416.994(b). If necessary, determine whether there are any applicable exceptions to medical improvement. 20 CFR 416.994(b)(3) and (4).

- Offer the claimant the opportunity for a hearing, take further action to complete the administrative record resolving the above issues, and issue a new decision.

Dated: September 14, 2026

By: */s/ Francesco Benavides*
FRANCESCO BENAVIDES
(as authorized by email)
Attorney for Plaintiff

Dated: September 14, 2026

CRAIG H. MISSAKIAN
United States Attorney

MATHEW W. PILE
Executive Counsel for Program Litigation 1

By: /s/ *Erin Highland*
ERIN HIGHLAND
Special Assistant U.S. Attorney
Social Security Administration
Attorneys for Defendant

In accordance with Civil Local Rule 5-1(i)(3), I, Erin Highland, attest that I have obtained concurrence in the filing of this document from all other signatories listed here.

IT IS SO ORDERED:

DATE: September 16, 2026

Susan van Keulen
THE HONORABLE SUSAN VAN KEULEN
United States Magistrate Judge